# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| JAY MACHLEIT, individually; TRIPLE C DEVELOPMENT, INC.; MACH-1 EXPRESS WASH, LLC; <br>     Plaintiffs, <br> v. <br><br> KAREN HUTTON; HUTTON CHERRY HILL NJ ST, LLC; and HUTTON ST 17, LLC, <br><br>     Defendants, <br> and <br><br> HUTTON ST 17, LLC and KAREN HUTTON, <br><br>     Counter-Plaintiffs, <br> v. <br><br> JAY MACHLEIT, individually; TRIPLE C DEVELOPMENT, INC., <br><br>     Counter-Defendants. | CASE NO: 1:20-cv-270 |

## JOINT STIPULATION OF DISMISSAL

COMES NOW, all Plaintiffs/Counter-Defendants and all Defendants/Counter-Plaintiffs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and jointly stipulate to the dismissal of the above-styled action with prejudice. The parties

Case 1:20-cv-00270-TRM-CHS    Document 40    Filed 08/06/21    Page 1 of 2    PageID #: 1057

1

having entered into a settlement agreement, have resolved all claims, counterclaims and issues made the basis of this lawsuit.

Respectfully submitted,

*s/Marc H. Harwell*
MARC H. HARWELL, BPR #013817
Attorneys for Defendants/Counter-Plaintiffs
832 Georgia Avenue, Suite 510
Chattanooga, TN 37402
Direct: 423-756-7333 Fax: 423-760-4830
marc@harwelllawgroup.com

*s/ H. Gregory Harp*
H. Gregory Harp, ASB-0904-t75h
Gregory Harp, LLC
Attorney for Plaintiffs/Counter-Defendants
P.O. Box 26
Trussville, AL 35173
gh@gregoryharplaw.com
(admitted pro hac)